IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

STEVEN WILLIAMS,
    Plaintiff,

v.                                          Civil No. 3:21cv181 (DJN)

V. CARTER, *et al.*,
    Defendants.

**MEMORANDUM OPINION**
**(Dismissing Action Without Prejudice)**

By Memorandum Order entered on April 21, 2021, the Court conditionally docketed Plaintiff's action. (ECF No. 3.) On May 6, 2021, the United States Postal Service returned the April 21, 2021 Memorandum Order to the Court marked, "RETURN TO SENDER" and "UNABLE TO FORWARD." (ECF No. 5, at 1; *see also* ECF No. 4, at 1 (noting that Plaintiff was "not at this facility").) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action under Federal Rule of Civil Procedure 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

Let the Clerk file a copy of this Memorandum Opinion electronically and send a copy to Plaintiff.

                                                                           /s/
                                              David J. Novak
                                              United States District Judge

Richmond, Virginia
Dated: May 11, 2021